1  **SO. CAL. EQUAL ACCESS GROUP**
2  Jason J. Kim (SBN 190246)
   Jason Yoon (SBN 306137)
3  Kevin Hong (SBN 299040)
   101 S. Western Ave., Second Floor
4  Los Angeles, CA 90004
   Telephone: (213) 252-8008
5  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com

6  Attorneys for Plaintiff
   MOISES VILLALOBOS
7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GRAYMAR, INC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 8:23-cv-01660 FWS (KESx)**<br>Assigned to Hon. Fred W. Slaughter<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION AND CROSS-COMPLAINT WITH PREJUDICE** |
| GRAYMAR, INC.,<br><br>　　　　Cross-Complainant,<br><br>　vs.<br><br>MOISES VILLALOBOS, an individual, and ROES 1-10,<br><br>　　　　Cross-Defendants. | |

\\
\\

1
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ACTION AND CROSS-COMPLAINT

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Cross-Defendant MOISES VILLALOBOS and Defendant/Cross-Complainant GRAYMAR, INC. (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled Action and Crossclaim including all named defendants and cross-defendants under the Complaint and Crossclaim, in its entirety.  The parties shall each bear their own costs and attorneys' fees.

Respectfully submitted,

DATED:  December 01, 2023   SO. CAL. EQUAL ACCESS GROUP

By: */s/        Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff/Cross-Defendant,
MOISES VILLALOBOS

DATED:  December 01, 2023   CZECH & HOWELL, APC

By:   */s/ Jeffrey J. Czech*
Jeffrey J. Czech,
Attorneys for Defendant/Cross-Complainant,
Graymar, Inc.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 01, 2023         By: */s/ Jason J. Kim*
Jason J. Kim